**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>       Plaintiff,<br><br>   vs.<br><br>HARDWARE FACTORY STORE, INC.; NIKITA BETTYE KROUT, AS TRUSTEE OF THE KROUT REVOCABLE TRUST; and DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:24-cv-02174-JLS (DFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

---

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 15, 2024  **SO. CAL. EQUAL ACCESS GROUP**

By: ___*/s/ Jason J. Kim*___
    Jason J. Kim, Esq.
    Attorneys for Plaintiff